AO 91 (Rev. 11/11) Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Anthony D BOOTH<br>*Defendant(s)* | Case No. 2:21-mj-109 |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 21, 2021__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Knowingly Possess a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:
SEE ATTACHED

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO SAMUEL CHAPPELL, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 18, 2021

City and state: Columbus Ohio

Kimberly A. Jolson
United States Magistrate Judge

**PROBABLE CAUSE AFFIDAVIT**
**Anthony D. BOOTH**

I, Samuel Chappell, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2007. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2017. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Anthony D. BOOTH for knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting interstate and foreign commerce, In violation of 18 U.S.C. 922(g)(1) and 924(a).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation but rather is provided for the limited purpose of establishing probable cause that BOOTH committed this offence.

4. On or about January 21, 2021 at approximately 9:45 p.m. Uniformed Columbus Division of Police Officers observed a light colored Buick Enclave in the area of W Broad St and Lechner Ave. in Columbus, Ohio. Officers were aware that a light colored Buick Enclave was involved in a homicide a few days prior.

5. The Buick was observed taking the entrance ramp to I-70 from W. Broad St. Officers observed the vehicle make several traffic infractions. Officers followed the vehicle from I-70 to N I-71. Once behind the vehicle officers activated their cruiser lights and sirens.

6. The Buick was observed pulling onto the right shoulder of I-71 while still in motion officers observed a handgun get thrown from the passenger side of the vehicle. Once the Buick finally stopped officers made contact with the driver identified as Tanesha HINES and the passenger Anthony BOOTH.

7. Officers went to the area where they believed the firearm was thrown and they found a loaded Ruger Single-Six .22 caliber revolver bearing serial 69-35624.

8. BOOTH and was arrested and transported to CPD Headquarters for processing.

9. A review of jail calls made from Franklin County Jail (FCJ) by BOOTH showed that on or about January 23, 2021 BOOTH called (614) 900-4929. The call was made using the PIN assigned to BOOTH by the FCJ. The call was answered by an unknown female. A three way call is then made to (614) 981-0551 and an unknown male answers the phone. BOOTH tells the male bro

**PROBABLE CAUSE AFFIDAVIT**
**Anthony D. BOOTH**

that shit was crazy wasn't it. The male asks what happened. BOOTH states when was live I got pulled over. Investigators have listened to prior calls where BOOTH makes statements referencing his usage of Facebook live during the traffic stop on January 21, 2021. The male states nah I ain't seen it. The male asks you locked up. BOOTH replies yeah I'm in the county right now. I had to throw the "blicky". Investigators are aware that "blicky" is slang for a firearm.

10. Later in the same conversation BOOTH states I was really just cautious. Staying in the house and everything. That's my first time slipping. The male askes you was driving. BOOTH replies nah, I wasn't even the driver. The male asks they found some shit in the car. BOOTH responds nah they try to say the thing came out my window and they tried to plaint it on me. It was woozy. The male then asks out the window. BOOTH replies yeah. The male asks BOOTH why you why they just ain't tuck it. BOOTH responds I don't know. It just happened to fast.

11. BOOTH was prohibited from possession of a firearm based upon having been previously convicted of the following crime punishable by a term of imprisonment exceeding one year:

    a. Franklin County Ohio Court of Common Pleas Case 15CR3268 for Involuntary Manslaughter.

12. BOOTH was sentenced to a five (5) year term of imprisonment. BOOTH was released from prison on or about June 3, 2020.

13. BOOTH is currently under indictment in Warren County Ohio Court of Common Pleas case 20CR037049 for three (3) counts of harassment by an inmate.

14. Your Affiant confirmed via ATF resources that the aforementioned firearm seized from BOOTH on or about January 21, 2021 was not manufactured in the State of Ohio and therefore had previously traveled in interstate commerce to reach the State of Ohio.

15. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

16. Based on this information, your affiant believes probable cause exists that BOOTH knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a loaded Ruger Single-Six .22 caliber revolver bearing serial 69-35624 and the firearm was in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, 922(g)(10 and 924(a)(2).

ATF TFO Samuel Chappell

**PROBABLE CAUSE AFFIDAVIT**
**Anthony D. BOOTH**

February 18, 2021

Sworn to and subscribed before me this day of _____, _____, at _____ Columbus, Ohio.

_____
Kimberly A. Jolson
United States Magistrate Judge